# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: PIERCE, ORAN P. | § | Case No. 08-15632 |
| PIERCE, FAYE E. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MICHAEL G. BERLAND           , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 09/24/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/23/2010           By:  /s/ Michael G. Berland
                                                     Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PIERCE, ORAN P. §  Case No. 08-15632
PIERCE, FAYE E. §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $  17,018.43 |
| *and approved disbursements of* | $  1,220.66 |
| *leaving a balance on hand of* [1] | $  15,797.77 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee MICHAEL G. BERLAND | $  2,451.84 | $ |
| *Attorney for trustee* | $ | $ |
| *Appraiser* | $ | $ |
| *Auctioneer* | $ | $ |
| *Accountant* | $ | $ |
| *Special Attorney for trustee* | $ | $ |
| *Charges,* U.S. Bankruptcy Court | $ | $ |
| *Fees,* United States Trustee | $ | $ |
| *Other* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,908.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 9P-2 | Department of the Treasury - IRS | $    21,908.81 | $    13,345.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 257,133.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1-2 | Pentech Funding LLC | $    41,598.20 | $    0.00 |
| 2 | PYOD LLC as assignee of Citibank%Resurgent Capital | $    12,208.44 | $    0.00 |
| 3 | PYOD LLC as assignee of Citibank, c/o Resurgent Capital | $    200.00 | $    0.00 |
| 4 | Chase Bank USA,N.A | $    300.00 | $    0.00 |
| 5-3 | CHASE BANK USA, NA | $    2,337.40 | $    0.00 |
| 6 | American Express Centurion Bank | $    10,337.61 | $    0.00 |
| 7 | IKO Manufacturing Inc. | $    50,000.00 | $    0.00 |
| 8 | Rollex Corporation | $    128,364.84 | $    0.00 |
| 9U-2 | Department of the Treasury - IRS | $    366.65 | $    0.00 |
| | Discover Bank/DFS Services | | |

**UST Form 101-7-NFR (9/1/2009)**

| 10 | LLC | $ | 11,420.79 | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| --- | --- | --- | --- |
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| --- | --- | --- | --- |
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/MICHAEL G. BERLAND

Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers          Page 1 of 2          Date Rcvd: Aug 24, 2010
Case: 08-15632               Form ID: pdf006          Total Noticed: 39
```

The following entities were noticed by first class mail on Aug 26, 2010.
```
db/jdb       +Oran P. Pierce,   Faye E. Pierce,   421 Appaloosa Trail,   Plano, IL 60545-2104
aty          +Bradley S Covey,   Springer, Brown,Covey, Gaertner & Davis,   232 S Batavia Ave,
              Batavia, IL 60510-3169
aty          +Gloria M Longest,   Law Office of Gloria M. Longest,   385 S Broadway,   Coal City, IL 60416-2016
tr           +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
12337889     +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
12556956      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12337890     +Best Buy,   Box 17298,   Baltimore, MD 21297-1298
12538034     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
14361588      CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12337891     +Capital One,   Box 26074,   Richmond, VA 23260-6074
12337892     +Castle Bank NA,   141 W. Lincoln Hwy.,   Dekalb, IL 60115-3699
12532688     +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
12337893     +Chase Visa,   POB 15153,   Wilmington, DE 19886-5153
12337894     +Choice Visa,   Box 6000,   The Lakes, NV 88901-6000
12337895      Citizens Automobile Finance,   PO Box 42002,   Providence, RI 02940-2002
12337896     +Countrywide Bank,   PO Box 650070,   Dallas, TX 75265-0070
12337901    +++Department of the Treasury - IRS,   P.O. Box 21126,   Philadelphia, PA 19114-0326
12337898     +Gentle Family Dentistry,   10 E. Benton Avenue,   Naperville, IL 60540-4602
12593262     +IKO Manufacturing Inc.,   c/o David P. Vallas,   Wildman Harrold Allen & Dixon LLP,
              225 West Wacker Drive, Suite 2800,   Chicago, IL 60606-1228
12337899     +Iko Manufacturing, Inc.,   120 Hay Rd.,   Wilmington, DE 19809-3599
12337900     +Illinois Department of Employ.Secu.,   Box 19286,   Springfield, IL 62794-9286
12337902     +James Pierce,   220 Concord Drive,   Oswego, IL 60543-6018
12337905     +KK Well Drilling,   PO Box 27,   Mokena, IL 60448-0027
12678451     +Leaf Funding Inc,   PO Box 643172,   Cincinnati, OH 45264-3172
12337910      National City,   PO Box 856176,   Louisville, KY 40285-6176
12337911    +++Pentech Funding LLC,   Cash Recovery LLC,   PO Box 64599,   Chicago, IL 60664-0599
12678453     +Rollex Corporation,   Vedder Price Kaufman & Kammholz,   222 North LaSalle St.,
              Chicago, IL 60601-1100
12337912     +Richards Building Supply Co.,   7030 W. 63rd Street,   Chicago, IL 60638-3918
12337913     +Rollex Corporation,   800 Chase Avenue,   Elk Grove Village, IL 60007-4806
12337915     +Sears,   PO Box 6189,   Sioux Falls, SD 57117-6189
12337916     +Suntrust Mortgage,   P.O. Box 79041,   Baltimore, MD 21279-0041
12337917    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank,   Box 790179,   Saint Louis, MO 63179)
12337918     +Vedder, Price, Kaufman & Kammholz,   222 North LaSalle St.,   Chicago, IL 60601-1100
```

The following entities were noticed by electronic transmission on Aug 24, 2010.
```
12337897      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 25 2010 00:50:13   Discover Card,   PO Box 30395,
              Salt Lake City, UT 84130-0395
12762170      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 25 2010 00:50:13
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12337914     +E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2010 00:54:56   GE Money Bank (Sam's Club Discover),
              c/o Recovery Mangement Systems Corp,   25 S.E. 2nd Avenue, Ste: 1120,   Miami, FL 33131-1605
12337906      E-mail/PDF: cr-bankruptcy@kohls.com Aug 25 2010 00:51:44   Kohl's,   PO Box 3043,
              Milwaukee, WI 53201-3043
12523329      E-mail/Text: resurgentbknotifications@resurgent.com
              PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
12678454     +E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2010 00:54:56   Sam's Club Discover,
              PO Box 981064,   El Paso, TX 79998-1064
                                                                                       TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Century 21 Pro-Team
12337903*    +James Pierce,   220 Concord Drive,   Oswego, IL 60543-6018
12337904*    +James Pierce,   220 Concord Drive,   Oswego, IL 60543-6018
12337908*    +Michael Pierce,   427 Fawn Drive,   Oswego, IL 60543-8504
12337909*    +Michael Pierce,   427 Fawn Drive,   Oswego, IL 60543-8504
12337907    ##+Michael Pierce,   427 Fawn Drive,   Oswego, IL 60543-8504
12678452    ##+Pentch Financial Services Inc,   222 SW Columbia St Suite 1000,   Portland, OR 97201-6610
                                                                      TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mflowers          Page 2 of 2          Date Rcvd: Aug 24, 2010
Case: 08-15632               Form ID: pdf006          Total Noticed: 39
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2010**                    **Signature:**