**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:  PIERCE, ORAN P. | § Case No. 08-15632 |
| PIERCE, FAYE E. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $571,958.00 *(without deducting any secured claims)* | Assets Exempt:  $67,213.00 |
| Total Distribution to Claimants:  $13,346.94 | Claims Discharged Without Payment:  $1,160,364.05 |
| Total Expenses of Administration:  $3,672.50 | |

3) Total gross receipts of $ 17,019.44  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $17,019.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,672.50 | 3,672.50 | 3,672.50 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 43,817.62 | 21,908.81 | 13,346.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,034,206.25 | 303,773.58 | 257,133.93 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,034,206.25 | $351,263.70 | $282,715.24 | $17,019.44 |

    4)  This case was originally filed under Chapter 7 on June 18, 2008. The case was pending for 40 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2011          By: /s/MICHAEL G. BERLAND
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Lexus-scheduled | 1129-000 | 17,000.00 |
| Interest Income | 1270-000 | 19.44 |
| **TOTAL GROSS RECEIPTS** | | **$17,019.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,451.84 | 2,451.84 | 2,451.84 |
| American Auction Associates | 3620-000 | N/A | 720.66 | 720.66 | 720.66 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,672.50 | 3,672.50 | 3,672.50 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Department of the Treasury - IRS | 5800-000 | N/A | 21,908.81 | 0.00 | 0.00 |
| 9P-2 | Department of the Treasury - IRS | 5800-000 | N/A | 21,908.81 | 21,908.81 | 13,346.94 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 43,817.62 | 21,908.81 | 13,346.94 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pentech Funding LLC | 7100-000 | N/A | 41,598.20 | 0.00 | 0.00 |
| 1-2 | Pentech Funding LLC | 7100-000 | N/A | 41,598.20 | 41,598.20 | 0.00 |
| 2 | PYOD LLC as assignee of Citibank%Resurgent Capital | 7100-000 | N/A | 12,208.44 | 12,208.44 | 0.00 |
| 3 | PYOD LLC as assignee of Citibank, c/o Resurgent | 7100-000 | N/A | 200.00 | 200.00 | 0.00 |
| 4 | Chase Bank USA,N.A | 7100-000 | N/A | 300.00 | 300.00 | 0.00 |
| 5 | CHASE BANK USA, NA | 7100-000 | N/A | 2,337.40 | 0.00 | 0.00 |
| 5-2 | CHASE BANK USA, NA | 7100-000 | N/A | 2,337.40 | 0.00 | 0.00 |
| 5-3 | CHASE BANK USA, NA | 7100-000 | N/A | 2,337.40 | 2,337.40 | 0.00 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 10,337.61 | 10,337.61 | 0.00 |
| 7 | IKO Manufacturing Inc. | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 8 | Rollex Corporation | 7100-000 | 139,538.00 | 128,364.84 | 128,364.84 | 0.00 |
| 9U | Department of the Treasury - IRS | 7100-000 | N/A | 366.65 | 0.00 | 0.00 |
| 9U-2 | Department of the Treasury - IRS | 7100-000 | N/A | 366.65 | 366.65 | 0.00 |
| 10 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 11,420.79 | 11,420.79 | 0.00 |
| NOTFILED | Chase Visa | 7100-000 | 2,337.40 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Choice Visa | 7100-000 | 11,934.65 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 27,292.98 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card | 7100-000 | 11,420.79 | N/A | N/A | 0.00 |
| NOTFILED | Castle Bank NA | 7100-000 | 32,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Gentle Family Dentistry | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club Discover | 7100-000 | 2,072.14 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Richards Building Supply Co. | 7100-000 | 472,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Leaf Funding, Inc. | 7100-000 | 56,194.14 | N/A | N/A | 0.00 |
| NOTFILED | Pentech Financial Services, Inc. | 7100-000 | 66,213.00 | N/A | N/A | 0.00 |
| NOTFILED | Iko Manufacturing, Inc. | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | KK Well Drilling | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 607.15 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 10,213.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 1,034,206.25 | 303,773.58 | 257,133.93 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-15632  
**Case Name:** PIERCE, ORAN P.  
PIERCE, FAYE E.  
**Period Ending:** 11/07/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 06/18/08 (f)  
**§341(a) Meeting Date:** 07/17/08  
**Claims Bar Date:** 10/31/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** | | **Petition/** | **Estimated Net Value** | **Property** | **Sale/Funds** | **Asset Fully** |
| (Scheduled And Unscheduled (u) Property) | | **Unscheduled** | **(Value Determined By Trustee,** | **Abandoned** | **Received by** | **Administered (FA)/** |
| | | **Values** | **Less Liens, Exemptions,** | **OA=§554(a)** | **the Estate** | **Gross Value of** |
| Ref. # | | | **and Other Costs)** | **DA=§554(c)** | | **Remaining Assets** |
| 1 | 421 Appaloosa, Plano-scheduled | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 263 Grays Drive, Osego-scheduled | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Farmland, Litchfield, KY-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking-W.Suburban-scheduled | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods-scheduled | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wife IRA-scheduled | 44,313.00 | 0.00 | DA | 0.00 | FA |
| 9 | Tax refund-scheduled | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2008 Toyota Prius-scheduled | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2005 Nissan Quest-scheduled | 9,745.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Lexus-scheduled | 17,355.00 | 17,000.00 | | 17,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 19.44 | Unknown |
| 13 | Assets Totals (Excluding unknown values) | **$589,313.00** | **$17,000.00** | | **$17,019.44** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee sold a vehicle at an auction sale. The Trustee filed tax returns. The Trustee filed his Final Report and made the distribution to creditors.

**Initial Projected Date Of Final Report (TFR):** December 31, 2011     **Current Projected Date Of Final Report (TFR):** December 31, 2011

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-15632  
**Case Name:** PIERCE, ORAN P.  
PIERCE, FAYE E.  
**Taxpayer ID #:** **-***0777  
**Period Ending:** 11/07/11  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****39-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/16/08 | {12} | Americal Auction Associates | Proceeds of auction sale for sale of vehicle | 1129-000 | 17,000.00 | | 17,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.90 | | 17,000.90 |
| 10/02/08 | 1001 | American Auction Associates | Payment of auctioneer's expenses per court order | 3620-000 | | 720.66 | 16,280.24 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.79 | | 16,282.03 |
| 11/21/08 | 1002 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 15,782.03 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.28 | | 15,783.31 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 15,784.43 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 15,785.07 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 15,785.67 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 15,786.35 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 15,786.99 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 15,787.61 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 15,788.29 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 15,788.95 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 15,789.61 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 15,790.25 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 15,790.89 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 15,791.55 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 15,792.21 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 15,792.83 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 15,793.43 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 15,794.13 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.10 | | 15,794.23 |
| 04/06/10 | | Wire out to BNYM account 9200******3965 | Wire out to BNYM account 9200******3965 | 9999-000 | -15,794.23 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,220.66 | 1,220.66 | $0.00 |
| | | | Less: Bank Transfers | | -15,794.23 | 0.00 | |
| | | | **Subtotal** | | 17,014.89 | 1,220.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,014.89** | **$1,220.66** | |

{} Asset reference(s) 

Printed: 11/07/2011 03:34 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-15632 | | **Trustee:** | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| **Case Name:** | PIERCE, ORAN P. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | PIERCE, FAYE E. | | **Account:** | ***-*****39-66 - Checking Account |
| **Taxpayer ID #:** | **-***0777 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 11/07/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-15632  
**Case Name:** PIERCE, ORAN P.  
PIERCE, FAYE E.  
**Taxpayer ID #:** **-***0777  
**Period Ending:** 11/07/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******39-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | 9999-000 | 15,794.23 | | 15,794.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.75 | | 15,794.98 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.94 | | 15,795.92 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.91 | | 15,796.83 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.94 | | 15,797.77 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.93 | | 15,798.70 |
| 09/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 15,798.78 |
| 09/20/10 | | To Account #9200******3966 | Transfer for final distribution | 9999-000 | | 15,798.78 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,798.78 | 15,798.78 | $0.00 |
| | | | Less: Bank Transfers | | 15,794.23 | 15,798.78 | |
| | | | Subtotal | | 4.55 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4.55** | **$0.00** | |

{} Asset reference(s)

Printed: 11/07/2011 03:34 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-15632  
**Case Name:** PIERCE, ORAN P.  
PIERCE, FAYE E.  
**Taxpayer ID #:** **-***0777  
**Period Ending:** 11/07/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******39-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/20/10 | | From Account #9200******3965 | Transfer for final distribution | 9999-000 | 15,798.78 | | 15,798.78 |
| 09/24/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,451.84, Trustee Compensation; Reference: | 2100-000 | | 2,451.84 | 13,346.94 |
| 09/24/10 | 10102 | Department of the Treasury - IRS | Dividend paid 60.92% on $21,908.81; Claim# 9P-2; Filed: $21,908.81; Reference: | 5800-000 | | 13,346.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,798.78 | 15,798.78 | $0.00 |
| | | | Less: Bank Transfers | | 15,798.78 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,798.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,798.78** | |

Net Receipts : 17,019.44  
———————  
Net Estate : $17,019.44

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****39-65 | 17,014.89 | 1,220.66 | 0.00 |
| Checking # ***-*****39-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******39-65 | 4.55 | 0.00 | 0.00 |
| Checking # 9200-******39-66 | 0.00 | 15,798.78 | 0.00 |
| | $17,019.44 | $17,019.44 | $0.00 |

{} Asset reference(s)

Printed: 11/07/2011 03:34 PM    V.12.57